Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA



1635

U.S.A. vs. Leonard Smith            Docket Nos. 04-00017-001 & 04-00067-001

**Petition on Supervised Release**

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Leonard Smith, who was placed on supervision by the Honorable Thomas M. Hardiman sitting in the Court at Pittsburgh, PA, on the 2nd day of February 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $600 special assessment.
- Shall participate in urine testing and drug treatment as directed.
- Shall abstain from the use of alcohol.
- Shall pay restitution of $8,650 (combined - Docket Nos. 04-00017-001 and 04-00067-001)
- Shall pay any remaining restitution through monthly installments of not less than 10 percent of his gross monthly income.

<u>02-02-05</u>:    Bank Robbery; 87 months' imprisonment followed by a supervised release term of 3 years.
<u>07-21-06</u>:    Sentence of imprisonment reduced to 42 month; 90 days at Renewal for drug treatment added to supervised release conditions.
<u>11-16-06</u>:    Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.**

      Your Petitioner reports that a urine sample obtained on February 5, 2007, tested positive for marijuana. Your Petitioner further reports that urine samples obtained on September 27, 2007, October 2, 2007, and November 9, 2007, tested positive for marijuana, cocaine, codeine, and morphine.

**The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

      Your Petitioner reports that on May 24, 2007, the supervised releasee was instructed to participate in drug aftercare testing and treatment on a weekly basis. The supervised releasee failed to participate in the drug aftercare program on a weekly basis as instructed and has not attended any drug aftercare program sessions since November 13, 2007.

U.S.A. vs. Leonard Smith
Docket Nos. 04-00017-001 & 04-00067-001
Page 2

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

Your Petitioner reports that a notice was sent to the supervised releasee's address instructing him to report to the probation office on December 11, 2007. He failed to report to the probation office as instructed. Subsequently, a letter was mailed to the supervised releasee instructing him to report to the probation office on January 17, 2008. The supervised releasee failed to report to the probation office as instructed.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. **3A**, **3RD** Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on **MARCH 6, 2008** at **1:30 PM** to show cause why supervision should not be revoked.

ORDER OF COURT
Considered and ordered this **25th** day of **Feb**, 20 **08** and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA