PROB 12B
(pawp 3/08)

# UNITED STATES DISTRICT COURT

for

## Western District Of Pennsylvania SCANNED

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | Leonard Smith | Case 0315 2:04CR00017-002<br>Numbers: 0315 2:04CR00067-001 |

Name of Sentencing Judicial Officer: Thomas M. Hardiman United States District Judge (Current Judicial Officer); Gary L. Lancaster, U.S. District Judge

Date of Original Sentence: 02/02/05

Original Offense: Bank Robbery

Original Sentence: 87 months' imprisonment, followed by a 3-year supervised release term

Type of Supervision: TSR    Date Supervision Commenced: 02/02/07

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

Placement at the Renewal Community Corrections Center until released by program staff and probation officer for a period not to exceed 180 days.

Supervised Release Revocation Hearing of July 1, 2008 at 11 AM is hereby cancelled.

## CAUSE

Defendant failed to complete the inpatient program at Guadenzia Crossroads. Defendant was accused of threatening another resident and discharged from the program.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by *Donald A. Covington*
Donald A. Covington
United States Probation Officer
Date: May 14, 2008

Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

Signature of Judicial Officer

5/19/08
Date

# United States District Court

## Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to placement at the Renewal Community Corrections Center until released by program staff and probation officer for a period not to exceed 180 days. I agree to participate in program activities, including drug and alcohol testing and treatment.

Witness: _Donald A Covington_
Donald A Covington
United States Probation Officer

Signed: _Leonard Smith_
Leonard Smith
Probationer or Supervised Releasee

_5-13-08_
Date